UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Sandra M. Snyder
United States Magistrate Judge
Fresno, California

                RE:    ROSIE F. YBARRA
                         Docket Number:   1:05-CR-00055 SMS
                         **PERMISSION TO TRAVEL**
                         **OUTSIDE THE COUNTRY**

Your Honor:

The Limited Supervised Probationer is requesting permission to travel to Ensenada, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 18, 2005, probationer was sentenced for the offense(s) of fraud and related activity in connection with computers.

**Sentence imposed:** one year limited supervised probation, $300 fine and $25 special assessment.

**Dates and Mode of Travel:** Carnival Cruise Paradise: May 15, 2006 to May 20, 2006 leaving Long Beach, California, one day stop in Ensenada, Mexico.

**Purpose:** Vacation

**RE:** YBARRA, Rosie F.
　　　Docket Number:   05-00055 SMS
　　　**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　/s/ Bruce A. Vasquez

　　　　　　　　　　　**Bruce A. Vasquez**
　　　　　　　**Supervising United States Probation Officer**

**DATED:**　　May 9, 2006
　　　　　　　　Fresno, California
　　　　　　　　BAV

---

**ORDER OF THE COURT:**

Approved   XXXXX　　　　　　　　　　　Disapprovedd  _____

IT IS SO ORDERED.

**Dated:   May 9, 2006**　　　　　　　　　　　**/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Rev. 03/2005
TRAVELOC.MRG